IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN A. KNAPP, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>C.W. FITNESS, INC., a Nebraska Corporation;<br><br>Defendant. | **8:21CV220**<br><br>**ORDER** |

Upon notice from the parties that this case is resolved,

IT IS ORDERED that:

(1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) All pretrial, trial, and hearing settings, (including the conference call set for June 21, 2022), and the case progression deadlines are cancelled.

June 20, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge