IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN A. KNAPP, an individual;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>C.W. FITNESS, INC., a Nebraska Corporation;<br><br>　　　　Defendant. | 8:21CV220<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 30). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

Dated this 27th day of July, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge